FILED
2026 Apr-09  PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

|  |  |
|---|---|
| DAVID LATHAM,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as the Secretary of Agriculture; KELLY MOORE, in her official capacity as Administrator of the Animal and Plant Health Inspection Service,<br><br>  Defendants. | No. 5:25-cv-00926-MHH |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff David Latham and Defendants U.S. Department of Agriculture (USDA), Secretary Brooke Rollins, and Administrator Kelly Moore[1] (collectively, the Parties) stipulate as follows:

- Defendants, whether jointly or severally, and also to include the Administrator of the Animal and Plant Health Inspection Service, USDA, and the Secretary of Agriculture, will not bring any administrative action against Plaintiff including, based on, otherwise relating to, or arising from any of the alleged violations that were the subject of *In re: David Latham*,

---

[1] As of February 1, 2026, Michael Watson is no longer the Administrator of the Animal and Plant Health Inspection Service. The current administrator is now Kelly Moore.

1

HPA Docket No. 24-J-0062 (U.S.D.A.)—which was dismissed without prejudice on February 13, 2026.

- Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree that all of Plaintiff's claims against Defendants may be dismissed without prejudice with each party to bear their own fees, costs, and expenses.

DATED: April 9, 2026.

Respectfully submitted,

JOSHUA M. ROBBINS*
Virginia Bar No. 91020
ALLISON D. DANIEL*
Ohio Bar No. 0096186
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd.
Suite 1000
Arlington, Virginia 22201
Telephone: (202) 945-9524
JRobbins@pacificlegal.org
ADaniel@pacificlegal.org

*Admitted Pro Hac Vice

THOMAS R. DEBRAY JR.
Alabama Bar No.: ASB-8194-A64D
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
tdebray@balch.com

2

*Attorneys for Plaintiff*

CARLA C. WARD
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
205-244-2185
carla.ward@usdoj.gov

*Attorney for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, which will send notice of this submission to all counsel of record.

/s/ Joshua M. Robbins
Joshua M. Robbins